VLADIMIR JEANTY,
Plaintiff, Pro se
PO 921173
Arverne, NY 11692

HONORABLE JOSEPH A. MARUTOLLO
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Jeanty v. Nassau County, et al., 24-cv-05062-OEM-JAM (Status Report)

February 9, 2026

Judge Marutollo:

I am Vladimir Jeanty, Plaintiff pro-se in the above-referenced matter.

This is a status report. Discovery is due to be completed on 3/16/26.

In light of the Decision and Order dated 2/6/2026, I am requesting the Court lift the stay of discovery as to Defendant Northwell Health. Additionally, Plaintiff seeks to withdraw Doc's #44 and 60. Alternatively, Plaintiff has requested consent from Northwell Health Inc. and the Nassau County Defendants to file the attached Proposed Third Amended Complaint in accordance with Doc. 63. I've received no response from Nassau County and Northwell's Attorney has objected to the inclusions of paragraphs '99, 100, 126, 138-140.'

As to discovery, Plaintiff's deposition is scheduled for 3/2/2026. Plaintiff is unable to schedule any depositions for Defendants and non-party witnesses because Plaintiff has not received availability dates from Counsel. Furthermore, Northwell Inc., has not yet answered the operative complaint. Lastly, FRCP 33/34 responses are still outstanding.

County Defendants has advised Plaintiff that discovery searches are continuing to ensure that all discovery demands are satisfied. County Defendants intend to secure deposition dates for all involved officers which are conducive to Plaintiff's and Co-Defendants' schedules.

Plaintiff, respectfully request the Court reset deadlines for Northwell Inc., to answer the operative complaint, for Defendants to respond to Plaintiff FRCP 33/34 demands and to complete discovery.

Respectfully submitted,

VLADIMIR JEANTY, Plaintiff, Pro se
PO Box 921173
Arverne, NY 11692-1173
(516) 667-9231
vladimirjeanty@gmail.com