VLADIMIR JEANTY
Plaintiff, Pro Se
PO Box 921173
Arverne, NY 11692

HONORABLE JOSEPH A. MARUTOLLO
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Jeanty v. Nassau County, et al.*, No. 24-cv-05062-OEM-JAM (Attorney for Nassau County)

June 8, 2026

Dear Judge Marutollo:

I am Vladimir Jeanty, Plaintiff pro se in the above-referenced matter. Discovery is currently scheduled to be completed on July 30, 2026. A status report is due on June 30, 2026.

I write to inform the Court that attorney Nicholas Zotto for Nassau County Defendants no longer works for Nassau County as of June 3, 2026. On multiple dates, most recently June 1, 2026, Mr. Zotto assured Plaintiff and Ms. Spiro (Northwell Health Defendants) that he would identify replacement Counsel, that was not done.

Currently the parties do not have a contact name for Nassau County Defendants. On today's date I and Ms. Spiro wrote emails to the contacts listed on Mr. Zotto "out of office" automatic response. I also called the County attorney's office and spoke to Mr. Siew (who is listed as a person of contact). Mr. Siew informed me that he does not handle case transfers. He provided the name M. Rozea, which I contacted but that mailbox was full.

Corrently, discovery/depositions cannot proceed. I write the Court requesting an Order directing the County Attorney to update the docket to reflect the name of the person who will be prosecuting this case for the County Defendants.

Respectfully submitted,

VLADIMIR JEANTY, Plaintiff, Pro se
PO Box 921173
Arverne, NY 11692-1173
(516) 667-9231
vladimirjeanty@gmail.com